UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| PRECISION HEALTH GROUP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:19-CV-00822-NCC |
| ) | |
| VM MEDICAL/VITAMINERALS ) | |
| ORTHOPEDICS, LTD d/b/a VM ) | |
| MEDICAL/VITAMINERALS, ) | |
| MARVIN L. BOOTE, II d/b/a VM ) | |
| MEDICAL/VITAMINERALS, and ) | |
| MARCIA W. BOOTE d/b/a VM ) | |
| MEDICAL/VITAMINERALS, ) | |
| ) | |
| Defendants. ) | |

ORDER OF DISMISSAL

This matter is before the Court on Plaintiff's Notice of Voluntary Dismissal without Prejudice (Doc. 24). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff seeks dismissal of this action without prejudice, with all parties to bear their own costs and attorneys' fees (*Id.*). Under Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. As of today's date, Defendants have not answered or filed a motion for summary judgment. Further, the parties have indicated that they have resolved all claims through a settlement agreement (Doc. 22).

Accordingly,

**IT IS HEREBY ORDERED** that this matter is **DISMISSED, without prejudice**, with all parties to bear their own costs and attorneys' fees.

Dated this 26th day of July, 2019.

                                                /s/ Noelle C. Collins
                                                NOELLE C. COLLINS
                                                UNITED STATES MAGISTRATE JUDGE